*John F. Brennan* and *Mortimer B. Patterson* for appellant.

*Albert A. Wray*, *Edward Frank Glover* and *William McCauley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

In the Matter of the Application of WILLIAM A. DE GROOT, Appellant, for a Writ of Mandamus to Compel the BOARD OF COUNTY CANVASSERS OF QUEENS COUNTY, Respondent, to Recount Certain Votes.

JAMES F. MCLAUGHLIN, Appellant and Respondent.

Reported below, 136 App. Div. ——.
(Argued January 17, 1910; decided January 25, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1910, which modified and affirmed as modified an order of Special Term directing a recount of certain void and protested ballots and the addition or exclusion thereof.

*Franklin M. Tomlin* for appellant.

*Leander B. Faber* for appellant and respondent.

Order appealed from reversed as to ballots marked Exhibits Nos. 20, 29, 30, 31 and 36, which said ballots were declared void by the Appellate Division, and which said ballots are hereby declared valid. Order appealed from further reversed as to ballot marked Exhibit No. 55, which said ballot was counted by the Appellate Division, and which said ballot is hereby rejected. In all other respects the order appealed from is affirmed, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.